FILED
DEC 22 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| vs. ) | |
| ) | 4:16CR548 HEA/PLC |
| MARK CHARTRAND, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I - BANK FRAUD

On or about March 14, 2015 in the Eastern District of Missouri and elsewhere, the Defendant,

**MARK CHARTRAND,**

did knowingly execute and attempt to execute a scheme to defraud a financial institution and to obtain money, funds, credits, or other property owned by or under the custody and control of a financial institution by means of presenting a false and fraudulent security purported related to a financial account with Fifth Third Bank.

In violation of Title 18, United States Code Section 1344.

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
Thomas C. Albus, #96250
Assistant United States Attorney