UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet: SENTENCING PROCEEDINGS
before United States District Judge

CASE NUMBER: 16cr548      DATE: 8/16/17
Court Reporter: SM      Courtroom Deputy: Cabrera

| Plaintiff(s) | Defendant(s) |
|---|---|
| USA | M. Chartrand |
| **Plaintiff Attorney(s)** | **Defendant Attorney(s)** ( ) cja  ( ) pda  ( ) ret |
| T. Albus | L. Liggett |

Interpreter: _____ ( IUR form forwarded to Finance Unit)

Probation Officer present in courtroom: _____

- [x] Defendant/Parties present for imposition of sentence.
- [x] Plea Agreement adopted and accepted by the Court.
- [x] No objections to Presentence Report filed by either party.
- [ ] Objections to PSR filed by  ☐ Defendant  ☐ Government:
    - [ ] After hearing arguments, the Court ☐ overruled  ☐ granted  objections _____
    
    Other: _____
- [ ] PSR to be amended
- [x] PSR adopted and accepted by the Court and to be filed _Under Seal_.
- [ ] Downward departure motion filed by  ☐ Government  ☐ Defendant
    The Court ☐ Granted  ☐ Denied  the motion for downward departure
- [x] Sentence imposed – See Judgment
- [ ] Count(s) _____ dismissed upon the motion of the AUSA.
- [x] Defendant Remanded to custody of USM
- [ ] Defendant granted a Voluntary Surrender to the institution for incarceration as notified by USM
    - [ ] Surrender date: _____
- [ ] Defendant released on Probation pending processing by USM
- [ ] _____

12:00      12:15