UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case No. 4:16CR548
Mark Chartrand )
)
Defendant. )

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐ A Notice of Appeal will be filed by defense counsel within the time allowed by law.

☒ Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.

☐ The defendant declines to sign this notice.

(Note: Defense counsel should check the appropriate box(es) above.)

8/16/17
Date

_____
Signature of Attorney

☒ I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.

8/16/17
Date

_____
Signature of Defendant