# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Mark Chartrand                                     Case Number: 4:16CR00548-1 HEA

Name of Sentencing Judicial Officer: The Honorable Henry E. Autrey
                                     United States District Judge

Date of Original Sentence: August 16, 2017

Original Offense: Fraudulent Representations about Receipt of Military Decorations or Medals (Stolen Valor Act)

Original Sentence: 3 years probation

Type of Supervision: Probation                    Date Supervision Commenced: August 30, 2017
                                                  Expiration Date: August 29, 2020

Assistant U.S. Attorney: Thomas C. Albus              Defense Attorney: Lucille G. Liggett

## PETITIONING THE COURT

[X]    To issue a warrant

The probation officer believes that the offender has violated the following condition of supervision:

### Violation Number

Mandatory Condition #1: You must not commit another federal, state or local crime.

Standard Condition #9: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

### Nature of Noncompliance

On August 23, 2018, this officer received a criminal record notification that Chartrand was arrested on August 21, 2018, by the St. Louis County Police Department on an active wanted for Stealing $750 or More (Felony).  According to the police report, on August 1, 2018, a police officer was contacted by two victims who wanted to make a police report in reference to a fraud.  They advised the police officer that they first met Marcus Cohl Bryant, later identified as Mark Chartrand, in December 2017 when he started dating their cousin.  Chartrand told the victims that he was a travel agent and could get them a good rate on a vacation package.  In January 2018, one of the victims contacted Chartrand to book a vacation to Pensacola, Florida.  Chartrand then sent the victim an address for a vacation home in Florida

and told them he could get a great rate for the end of July 2018. The other victim then issued a check on January 28, 2018, in the amount of $289 for the down payment on the rental home. Chartrand requested that the victim leave the "Pay to" line blank on the check advising that he was not sure whether it should be made out to him directly or his company. The check was later made out to a Deborah Rose and was cashed on January 29, 2018. It was later determined that Deborah Rose is Mark Chartrand's mother. The victim issued a second check to Chartrand on February 16, 2018, in the amount of $349.74. This check was made out to the victim's sister at Chartrand's request. The check was later cashed by the victim's sister, and the money was given to Chartrand. The victims paid Chartrand an additional $660 in cash in May 2018, which was to be the last installment payment on their Florida vacation. The victims were set to leave for their vacation on July 23, 2018, and they would be flying through Allegiance Airline. A couple of days before the departure date, the victims received notification from Chartrand stating they have been "bumped" from the flight, and he was trying to secure a new flight for them. The victims decided to drive to Florida instead of trying to get another flight. Upon arrival at the rental home address in Florida, the victims discovered that the address provided by Chartrand was not a rental home, and the home owner had no knowledge of Marcus Cohl Bryant. The victims attempted to call Chartrand; however, he would no longer accept their calls. They also contacted their cousin who informed them that Chartrand had broken up with her a couple of days prior, and she was no longer able to contact him. The police officer was able to search the phone number provided to the victims, which produced a possible match for a subject by the name of Mark Chartrand. The officer also conducted a photo line-up with a picture of Chartrand randomly placed in the line-up. The victims individually were shown the line-up and identified the picture of Mark Chartrand as the individual then knew as Marcus Cohl Bryant. The St. Louis County Police Department entered Mark Chartrand as wanted for Stealing $750 or More (Felony).

On August 21, 2018, Chartrand reported to the St. Louis Central County Precinct for an interview and the wanted for Stealing $750 or More (Felony) was cleared by an arrest. Chartrand was informed of his Miranda Rights and then questioned by the police officer about the incident regarding the victims. Chartrand stated he sold them a vacation package that "didn't work out." He went on to say that he had contacts that could get good rates on vacations, and he was trying to secure a trip for the victims but it "fell through." During further questioning, Chartrand stated his contact never returned his calls and never actually scheduled any trip. The officer asked Chartrand why he would send the victims to an address in Florida if he knew that he never actually booked anything for them. Chartrand told the officer that he "did not have a logical answer for that" and that he was sorry because "they did not deserve that." Chartrand would not provide the officer the name of his contact. The officer asked Chartrand why he used a false name when dealing with the victims. Chartrand stated he is ashamed of his past, and he did not want anyone to find out what he has done because he is "not that man" anymore. Chartrand informed the officer that he paid the victims back $2,000 shortly after the trip by way of money transfer to another one of their cousins. The officer concluded the interview, and Chartrand was released. The officer contacted the victim to inquire about the payment made to his cousin by Chartrand. The victim informed the officer that Chartrand did refund $2,000; however, the cousin also gave Chartrand $1,600 for his portion of the vacation as their two families were traveling together. The victim and the cousin split the refund to offset some of the loss they incurred from paying Chartrand for the vacation. The police officer will be submitting a warrant application to the St. Louis County Prosecuting Attorney's Office.

On August 23, 2018, this officer received a message from a detective with the O'Fallon, Missouri Police Department stating that he was going to submit a warrant application on Chartrand for Burglary 2nd Degree, Forgery (Felony), and Stealing $750 or More (Felony). According to the police report, On July 28, 2018, an O'Fallon Police Officer responded to a business located at 1402 Hoff Industrial Court, O'Fallon, Missouri 63366, for the report of unknown person(s) entering a closed business without permission, causing damage and possibly stole checks. The officer met with the business employees, Barbara and Daniel White. The officer was shown the damaged ceiling tile above Barbara White's desk and ripped papers, which were taped to the wall behind the desk. The employees informed the officer that a check of the warehouse revealed that all the doors were still locked, and the dogs were still in their caged area. Barbara White informed the officer that the owner of the business, James Howe, asked her about a recent check for $2,000. She informed Howe that the last check she wrote was for $2,000 to an employee's lawyer for victim restitution. Daniel White informed the officer that the employee's name is Mark Chartrand, and he was on federal probation for check fraud. The officer observed that the checks numbered 2765 through 2800 were missing. Barbara White informed the officer that the checks could be with James Howe who also owns the Chicago branch of the business. She told the officer that she would contact Howe and provide the officer with a status of the missing checks. The officer also observed shoe prints on a couch and shelving directly behind the couch in the employee lounge. At the top of the shelving to the west is the ceiling to the office.

On August 23, 2018, this officer was contacted by the detective with the O'Fallon, Missouri Police Department. The detective informed this officer that Chartrand voluntarily reported to the O'Fallon, Missouri Police Department and was interviewed on August 17, 2018. During the interview, Chartrand admitted to stealing the check from his employer to pay for attorney fees, court costs, and fines. He was supposed to return most of the money back to the employer but failed to do so. According to the detective, Chartrand broke in to his employer's business, stole business checks, forged the signature of employee Barbara White on the check, and cashed the check in the amount of $2,000. The detective will be submitting a warrant application to the Prosecuting Attorney's Office for the charges of Burglary 2nd Degree, Forgery (Felony), and Stealing $750 or More (Felony).

When interviewed by this officer on August 22, 2018, Chartrand stated that he met with the St. Louis County Police Officer to discuss the wanted for Stealing $750 or More (Felony). He didn't inform this officer that he was questioned by the O'Fallon, Missouri Police Department for the abovementioned incident regarding the pending charges of Burglary 2nd Degree, Forgery (Felony), and Stealing $750 or More (Felony).

**Previous Violations**

None.

Mark Chartrand
4:16CR00548-1 HEA

**U.S. Probation Officer Recommendation:**

Based upon Chartrand's pending Stealing $750 or More (Felony) case in St. Louis County, Missouri, and the pending Burglary 2nd Degree, Forgery (Felony), and Stealing $750 or More (Felony) case in O'Fallon, Missouri, it is respectfully recommended that a warrant be issued and the term of supervision be revoked. Chartrand's continued criminal conduct is a risk to the community.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2018

| Approved, | Respectfully submitted, |
|---|---|
| by _____ | by _____ |
| Timothy J. Goehring | Jason Y. Kang |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| Date: August 28, 2018 | Date: August 24, 2018 |

---

THE COURT ORDERS:

☐   No Action
☒   The Issuance of a Warrant
☐   The Issuance of a Summons
        Appearance Date:
        Appearance Time:
        Courtroom Number:
☐   Other

_____
Signature of Judicial Officer

8/28/2018
Date

4

AO 442 (Rev. 9/15MOE) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.    4:16CR00548-1 HEA |
| | ) | |
| | ) | |
| | ) | |
| Mark Chartrand | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Mark Chartrand,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☒ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See attached "Petition for Warrant"

Date: _____

_____
*Issuing officer's signature*

City and state:  St. Louis, Missouri

Gregory J. Linhares, Clerk of the Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 9/15MOE) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Mark Chartrand

Known aliases:   Mark Brian Chartrand
Brian Chartrand
Mark Rhodes
Mark Rose

Last known residence:   5027 Murdoch Avenue, Apt. A (left door), St. Louis, Missouri 63109   (Since 08/30/2017)

Prior addresses to which defendant/offender may still have ties:

Various Hotels, Ranchero Cordova, California   (03/01/2016 - 02/14/2017)
3742 Taft Avenue, Saint Louis, Missouri 63116   (10/25/2014 - 02/28/2016)
5025 Cote Brilliante Avenue, St. Louis, Missouri 63113   (09/29/2014 - 10/24/2014)
1936 Stedman Court, Overland, Missouri 63114   (05/12/2012 - 09/29/2014)
5025 Cote Brilliante Ave, St Louis, Missouri 63113   (02/13/2012 - 05/11/2012)
1936 Stedman Ct, Overland, Missouri 63114   (01/24/2012 - 02/13/2012)
5027 Murdoch Ave, St Louis, Missouri 63109   (06/03/2009 - 01/23/2012)

Last known employment:   Pickering Installations, 1402 Hoff Industrial Center, O'Fallon, Missouri 63366   (From 09/28/2017 - )

Last known telephone numbers:   (314) 309-6428
314-877-9364
850-319-1790 (current phone #)

Place of birth:   St. Louis, Missouri

Date of birth:   06/16/1970

Social Security number:   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

Height:   70 inches          Weight:   210 lbs
Sex:   Male               Race:   White
Hair:   Black              Eyes:   Hazel

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:
Prior arrest for Domestic Assault 3rd Degree on 1/27/11

Known family, friends, and other associates *(name, relation, address, phone number)*:
Debbie Rose  (mother) , same address as the offender, Phone:314-719-7061

FBI number:   790686NA9

Complete description of auto:
2014 maroon FORD ESCAPE   License( Missouri) This vehicle is owned by the defendant's mother
1996 white Ford Van

Investigative agency and address:   U.S. Probation       Main Phone (314) 244-6700
111 South Tenth Street, Suite 2.325, St. Louis, MO 63102

2

AO 442 (Rev. 9/15MOE) Arrest Warrant (Page 2)

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Jason Y. Kang    Phone: 314-244-6752 (Office)    314-620-9594 (Cell)

Date of last contact with pretrial services or probation officer *(if applicable)*:    Probation office contact on 8/22/18.